UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Case No. 1:21-cv-23502-DLG

ALBERTA PIERRE,

    Plaintiff,

v.

HYATT CORPORATION,
a Foreign Profit Corporation,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Alberta Pierre and Defendant Hyatt Corporation hereby advise the Court, pursuant to S.D. Fla. L.R. 16.4, that they have reached a settlement in this case. The parties shall file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) on or before September 12, 2022.

Dated: August 16, 2022

                        Respectfully submitted,

| **REMER & GEORGES-PIERRE, PLLC** | **KABAT CHAPMAN & OZMER LLP** |
|---|---|
| By: */s/ Peter M. Hoogerwoerd*<br>    Peter M. Hoogerwoerd<br>    Florida Bar No. 0188239<br>    Corey L. Seldin<br>    Florida Bar No. 1026565<br>    44 West Flagler Street, Suite 2200<br>    Miami, FL 33130<br>    Tel: (305) 416-5000<br>    Fax: (305) 416-5005<br>    Email: pmh@rgpattorneys.com<br>    Email: cseldin@rgpattorneys.com<br><br>*Attorneys for Plaintiff Alberta Pierre* | By: */s/ Nathan D. Chapman*<br>    Nathan D. Chapman<br>    Florida Bar No. 028873<br>    Gary E. Thomas (*pro hac vice*)<br>    17th Street NW, Suite 1550<br>    Atlanta, Georgia 30363<br>    Tel: (404) 400-7300<br>    Fax: (404) 400-7333<br>    Email: nchapman@kcozlaw.com<br>    Email: gthomas@kcozlaw.com<br><br>*Attorneys for Defendant Hyatt Corporation* |

## CERTIFICATE OF SERVICE

This certifies that I have this day electronically filed the foregoing NOTICE OF SETTLEMENT using the CM/ECF filing system, which will automatically deliver copies of the foregoing document to all attorneys of record as follows:

>Peter M. Hoogerwoerd, Esq.
>Corey Seldin, Esq.
>Remer & Georges-Pierre, PLLC
>44 West Flagler Street, Suite 2200
>Miami, Florida 33130
>pmh@rgpattorneys.com
>cseldin@rgpattorneys.com


>*/s/ Nathan D. Chapman*
>Nathan D. Chapman