UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 21-cv-23502-DLG

ALBERTA PIERRE,

    Plaintiff,

v.

HYATT CORPORATION,
a Foreign Profit Corporation,

    Defendant.

_____/

### ORDER

**THIS CAUSE** comes before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice. [D.E. 30].

**THE COURT** has considered the record and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this Matter, in its entirety, is **DISMISSED WITH PREJUDICE.** Each party shall bear its own costs and attorney's fees. It is further

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of September, 2022.

                                              s/Donald L. Graham
                                              DONALD L. GRAHAM
                                              UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record